ACKERMANN & TILAJEF, P.C.
Craig J. Ackermann, Bar No. 229832
cja@ackermanntilajef.com
1180 South Beverly Drive, Suite 610
Los Angeles, California 90035
Telephone: 310.277.0614
Facsimile: 310.277.0635

Attorneys for Plaintiffs CHERYL MILLER, KENNETH BARNER,
STEPHANIE TURANO AND CRISTINA BARAJAS
(*Additional Attorneys for Plaintiffs listed on next page*)

LITTLER MENDELSON, P.C.
MICHELLE B. HEVERLY, Bar No. 178660
mheverly@littler.com
NATHALIE A. LE NGOC, Bar No. 254376
nlengoc@littler.com
ELISA NADEAU, Bar No. 199000
enadeau@littler.com
50 W. San Fernando, 15th Floor
San Jose, CA  95113.2303
Telephone:    408.998.4150
Facsimile:    408.288.5686

Attorneys for Defendant PETSMART, INC.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERYL MILLER, KENNETH BARNER, STEPHANIE TURANO AND CRISTINA BARAJAS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>PETSMART, INC. and DOES 1 through 100,<br><br>Defendants. | Case No.:  1:12-CV-02035-BAM<br><br>**ORDER GRANTING CONTINUANCE OF INITIAL SCHEDULING CONFERENCE**<br><br>**New Scheduling Conf. Date: April 15, 2013<br>Time:            9:00 a.m.<br>Courtroom:    8 (6th Floor)**<br><br>**Telephonic conference requested by all Parties**<br><br>Judge: Hon. Barbara A. McAuliffe |

MICHAEL MALK, ESQ., APC
MICHAEL MALK, Esq., Bar No. 222366
mm@malklawfirm.com
1180 South Beverly Drive, Suite 610
Los Angeles, California 90035
Telephone: (310) 203-0016
Facsimile:  (310) 499-5210

UNITED EMPLOYEES LAW GROUP, P.C.
WALTER HAINES, ESQ., Bar No. 71075
walter@whaines.com
65 Pine Avenue, #312
Long Beach, CA 90802
Telephone: (562) 256-1047
Fax: (562) 256-1006

Attorneys for Plaintiffs CHERYL MILLER, KENNETH BARNER,
STEPHANIE TURANO AND CRISTINA BARAJAS

# **ORDER**

The Court, having considered the stipulation to Continue the Initial Scheduling, and for good cause being shown, **IT IS HEREBY ORDERED** that the Scheduling Conference is continued from March 26, 2013 at 9:00am to **April 15, 2013 at 9:00 AM in Courtroom 8 before Judge McAuliffe**. A JOINT Scheduling Conference Report, carefully prepared and executed by all counsel, shall be electronically filed in full compliance with the requirements set forth in the Order Setting Mandatory Scheduling Conference, one (1) full week prior to the Scheduling Conference, and a copy shall be e-mailed, in WordPerfect or Word format, to bamorders@caed.uscourts.gov.  The parties may appear by telephone.

IT IS SO ORDERED.

Dated:   March 14, 2013                      /s/ Barbara A. McAuliffe
                                         UNITED STATES MAGISTRATE JUDGE