UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERYL MILLER, *et al.*, | CASE NO. 1: 12-cv-02035-BAM |
| Plaintiffs, | **ORDER AFTER SCHEDULING CONFERENCE** |
| vs | |
| PETSMART, INC., | |
| Defendant. | |

On April 15, 2013, the Court held an initial scheduling conference. Given the complexity of the issues involved in this case, the Court discussed the potential for informal discovery and alternative dispute resolution with the parties. Having considered the matter, and for good cause shown, the Court issues the following Order:

The parties shall complete informal exchange of discovery on or before **July 19, 2013;**

The parties are ORDERED to participate in mediation or other alternative dispute resolution no later than **August 30, 2013**; and

A status conference is set for **September 19, 2013,** at 8:30 AM, in Courtroom 8, before Magistrate Judge Barbara A. McAuliffe to discuss the status of the parties' efforts to settle the case.

IT IS SO ORDERED.

Dated:   April 16, 2013                             /s/ **Barbara A. McAuliffe**
                                                                UNITED STATES MAGISTRATE JUDGE