UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERYL MILLER, KENNETH BARNER, STEPHANIE TURANO AND CRISTINA BARAJAS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>PETSMART, INC. and DOES 1 through 100,<br><br>Defendants. | Case No.:  1:12-CV-02035-AWI-BAM<br><br>**ORDER RESCHEDULING STATUS CONFERENCE** |

Based on the Stipulation of the parties (Doc. 20), and for good cause shown, the Court reschedules the Status Conference in this case from September 19, 2013 at 8:30 a.m. to September 18, 2013 at 8:30 a.m.

IT IS SO ORDERED.

Dated:   **August 2, 2013**            /s/ Barbara A. McAuliffe
                                                   UNITED STATES MAGISTRATE JUDGE