MICHELLE B. HEVERLY, Bar No. 178660
mheverly@littler.com
LITTLER MENDELSON, P.C.
650 California Street, 20th Floor
San Francisco, CA 94108.2693
Telephone: 415.433.1940

Attorneys for Defendant
PETSMART, INC.

Craig J. Ackermann, Bar No. 229832
cja@ackermanntilajef.com
ACKERMANN & TILAJEF, P.C.
1180 South Beverly Drive, Suite 610
Los Angeles, CA 90035
Telephone: 310.277.0614

Michael Malk, Esq., Bar No. 222366
mm@malklawfirm.com
MICHAEL MALK, ESQ., APC
1180 South Beverly Drive, Suite 610
Los Angeles, California 90035
Telephone: (310) 203-0016

Walter Haines, Esq., Bar No. 71075
walter@whaines.com
UNITED EMPLOYEES LAW GROUP, P.C.
65 Pine Avenue, #312
Long Beach, CA 90802
Telephone: (562) 256-1047

Attorneys for Plaintiffs CHERYL MILLER,
KENNETH BARNER, STEPHANIE TURANO
AND CRISTINA BARAJAS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERYL MILLER, KENNETH BARNER, STEPHANIE TURANO AND CRISTINA BARAJAS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PETSMART, INC. and DOES 1 through 100,<br><br>Defendants. | Case No. 1:12-CV-02035-BAM<br><br>**JOINT STIPULATION AND ORDER TO DISMISS FOR LACK OF JURISDICTION** |

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

JOINT STIPULATION AND ORDER TO DISMISS
FOR LACK OF JURISDICTION

Case No. 1:12-CV-02035-AWI-BAM

This stipulation is entered into between Plaintiffs CHERYL MILLER, KENNETH BARNER, STEPHANIE TURANO AND CRISTINA BARAJAS ("Plaintiffs"), and Defendant PETSMART, INC. ("Defendant") (collectively, the "Parties"), by and through their counsel of record, as follows:

**STIPULATION**

WHEREAS, on December 14, 2012, Plaintiffs filed a Class Action Complaint, alleging that the amount in controversy in this case exceeds $5,000,000;

WHEREAS, on March 5, 2013, Defendant filed its Answer to the Class Action Complaint;  WHEREAS, the parties have engaged in an informal exchange of documents, depositions and discussions regarding the facts of the case.  Based on the information exchanged, the parties now agree that this Court does not have jurisdiction pursuant to the Class Action Fairness Act because the actual amount in controversy in this case is less than $5,000,000.

NOW THEREFORE, the parties hereby stipulate as follows:

1. The amount in controversy is less than $5,000,000;

2. This case shall be dismissed without prejudice due to lack of jurisdiction in this Court.

IT IS SO STIPULATED.

Respectfully submitted,

DATED: September 9, 2013   LITTLER MENDELSON, P.C.

By: */s/ Michelle B. Heverly*
MICHELLE B. HEVERLY
Attorneys for Defendant
PETSMART, INC.

DATED: September 9, 2013   ACKERMANN & TILAJEF, P.C.

By: */s/ Craig Ackermann*
CRAIG ACKERMANN, ESQ.
MICHAEL MALK, ESQ.
WALTER HAINES, ESQ.
Attorneys for Plaintiffs
CHERYL MILLER, KENNETH BARNER,
STEPHANIE TURANO AND CRISTINA BARAJAS

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

JOINT STIPULATION AND [PROPOSED] ORDER
TO DISMISS FOR LACK OF JURISDICTION     1.     Case No. 1:12-CV-02035-AWI-BAM

**ORDER**

IT IS HEREBY ORDERED that this case is DISMISSED WITHOUT PREJUDICE based on lack of subject matter jurisdiction. The clerk of the Court is directed to CLOSE this case.

IT IS SO ORDERED.

Dated: __**September 10, 2013**__       /s/ *Barbara A. McAuliffe*
                                       UNITED STATES MAGISTRATE JUDGE

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

JOINT STIPULATION AND [PROPOSED] ORDER TO DISMISS FOR LACK OF JURISDICTION     2.     Case No. 1:12-CV-02035-AWI-BAM